IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00210-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RODERICK STITH,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing in this matter is reset for **November 6, 2009 at 11:00 a.m.**

    DATED September 11, 2009.